

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00468-CV

In the Matter of J.R. § From the 323rd District Court

§ of Tarrant County (323-106076-17)

§ April 12, 2018

§ Per Curiam

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the juvenile court's judgment. It is ordered that the judgment of the juvenile court is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM